**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES,<br><br>       Plaintiff(s),<br>    v.<br><br>JUAN A. ALVARADO, et. al.,<br><br>       Defendant(s). | NO. 5:11-cv-03061 EJD<br><br>**ORDER RE: OBJECTION BY PLAINTIFF TO NOTICE OF REMOVAL**<br><br>[Docket Item No. 10] |

On July 14, 2011, Plaintiff filed a document entitled "Objection by Plaintiff to Notice of Removal." See Docket Item No. 10. It appears from a short review of the document that Plaintiff seeks an order from this court remanding the action to the Superior Court. In order to obtain such an order, however, Plaintiff must file a noticed motion requesting such relief pursuant to Civil Local Rule 7-2, which would then allow all parties a designated opportunity to respond to the motion. There are no corresponding guidelines for the pleading filed by Plaintiff. Accordingly, the court will take no further action on the "Objection" in its current form.

**IT IS SO ORDERED.**

Dated: July 26, 2011

_____
EDWARD J. DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David R Endres dendres@dre-apc.com
Eric Gene Fernandez eric.fernandez@tflglaw.com
Laurie Howell lhowelllucier@yahoo.com

**Dated:  July 26, 2011**                              **Richard W. Wieking, Clerk**

                                                                  **By:      /s/ EJD Chambers**
                                                                           **Elizabeth Garcia**
                                                                           **Courtroom Deputy**

2
NO. 5:11-cv-03061 EJD
ORDER RE: OBJECTION BY PLAINTIFF TO NOTICE OF REMOVAL (EJDLC1)